**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

JEFFREY DALE GRANTHAM,                    :

        Plaintiff,                    :

    v.                    :                    CIVIL ACTION NO.: CV208-180

CSX TRANSPORTATION, INC.,                    :
a corporation,

        Defendant.                    :

## O R D E R

The captioned action was filed in the Brunswick Division of this Court.  Upon review,
it appears that proper venue is within the Waycross Division of this Court.  Accordingly,
pursuant to Local Rule 2.1(c), this action is hereby transferred to the Waycross Division of
this Court.

**SO ORDERED**, this ___7___ day of _____January_____, 2009.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE